# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Carl Meyers

                        Plaintiff,

v.                                                          Case No.: 1:11−cv−04978
                                                             Honorable Milton I. Shadur

Precise Ambulance Service, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2013:

      MINUTE entry before the Honorable Milton I. Shadur: Pursuant to the parties' joint stipulation to dismiss, this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Status hearing set for 12/18/2013 is vacated. Civil case terminated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.